UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br><br>    Petitioner,<br>v.<br><br>JENNIFER SHAFFER, Executive Director, Board of Parole Hearings,<br><br>    Respondent. | Case No: 11-3667 SBA (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: 9/10/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.11\Sturgis3667.jud.docx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

2